UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BERG,

           Plaintiff,          Case No. 2:17- 12362
                                      Honorable Arthur Tarnow
v.                              Magistrate Judge David R. Grand

INVACARE CORP.,

           Defendant.
_____/

## REPORT AND RECOMMENDATION TO DENY DEFENDANT'S MOTION TO DISMISS [32] AND TO AMEND SCHEDULING ORDER

Before the Court is a motion to dismiss filed by Defendant Invacare Corp. (Doc. #32) due to the alleged failure by Plaintiff Patricia Berg and her husband (attorney John Berg), to schedule, let alone attend, their depositions. The Court held a hearing on Invacare's motion on April 25, 2019. The Court understands Invacare's well-founded frustrations with respect to: (1) the challenges it has experienced in scheduling and taking the depositions at issue; (2) Berg's failure to complete fact discovery within the already-extended deadlines; and (3) the unorthodox (if not improper) motion Berg recently filed in which she sought to dismiss the action without prejudice just so she could restart the pretrial clock. However, for the reasons stated on the record, dismissal of Berg's action as a result of the issues raised in Invacare's motion is unwarranted. Accordingly, **IT IS RECOMMENDED** that Invacare's motion to dismiss **(Doc. #32)** be **DENIED**.

As discussed on the record, **IT IS FURTHER RECOMMENDED** that the Court amend the Scheduling Order to reflect the following deadlines proposed by the parties:

- Fact discovery completed by:                          July 26, 2019
- Plaintiff's Rule 26 expert reports due by:          August 26, 2019
- Defense Rule 26 expert reports due by:           October 10, 2019

- Expert discovery completed by: November 11, 2019
- Dispositive motions to be filed by: December 13, 2019
- Joint final pretrial statements, trial briefs, motions in limine, final pretrial conference: To be scheduled
- Trial date: To be scheduled

Finally, the Court **RECOMMENDS** that Berg be warned that her failure to schedule her deposition in good faith as discussed on the record, to attend her deposition as scheduled, and/or to fully participate in that deposition consistent with the stipulated protective order entered in this case **(Doc. #29)** would be grounds for the imposition of an appropriate sanction, up to and including dismissal of her action.

Dated: April 25, 2019  s/David R. Grand
Ann Arbor, Michigan  DAVID R. GRAND
United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

Within 14 days after being served with a copy of this Report and Recommendation and Order, any party may serve and file specific written objections to the proposed findings and recommendations and the order set forth above. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d)(1). Failure to timely file objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140, (1985); *United States v. Sullivan,* 431 F.3d 976, 984 (6th Cir. 2005). Only specific objections to this Report and Recommendation will be preserved for the Court's appellate review; raising some objections but not others will not preserve all objections a party may have. *See Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987); *see also Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir.

2006). Copies of any objections must be served upon the Magistrate Judge. *See* E.D. Mich. LR 72.1(d)(2).

A party may respond to another party's objections within 14 days after being served with a copy. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1). Any such response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 25, 2019.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager
