UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BERG,

    Plaintiff,

v.

INVACARE CORP.,

    Defendant.

Case No. 17-12362

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER ADOPTING REPORT AND RECOMMENDATION [43]; DENYING DEFENDANT'S MOTION TO DISMISS [32]; AND AMENDING SCHEDULING ORDER**

On December 27, 2018, Defendant Invacare Corp. filed a Motion to Dismiss for Plaintiff's Failure to Appear at Deposition as well as Produce Husband for Deposition [32] pursuant to Fed. R. Civ. P. 37(d) and 37(b)(1). Plaintiff Patricia Berg, through counsel, filed a Response [34] on January 10, 2019. Defendant filed a Reply [36] on January 17, 2019.

On March 12, 2019, this Court referred the Motion to Dismiss [32] to the Magistrate Judge for report and recommendation.

On April 25, 2019, following a hearing on the Motion [32], the Magistrate Judge issued a Report & Recommendation [43] ("R&R") recommending that the

Court deny Defendant's Motion to Dismiss [32] and amend the scheduling order. Neither party has filed any objection to the R&R.

The Court having reviewed the record, the R&R [43] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Defendant's Motion to Dismiss [32] is **DENIED**.

**IT IS FURTHER ORDERED** that the scheduling order is **HEREBY AMENDED** to reflect the dates set forth in the R&R.

**SO ORDERED**.

Dated: May 22, 2019

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge