UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BERG,

        Plaintiff,                                    Case No. 2:17-cv-12362

v.                                                   Judge Linda V. Parker

INVACARE CORP.,

        Defendant.

| JEFFREY T. MEYERS (P34348) | MATTHEW J. STANCZYK (P39559) |
|---|---|
| Meyers Law, PLLC | Plunkett Cooney |
| Attorney for Plaintiff | Attorney for Defendant |
| 3200 Greenfield, Suite 260 | 150 West Jefferson, Suite 800 |
| Dearborn, MI  48120 | Detroit, MI  48226 |
| (313) 961-0130 Fax: 8178 | (313) 983-4823; fax (248) 901-4040 |
| jmeyers@jeffmeyerslaw.com | mstanczyk@plunkettcooney.com |

_____

## **STIPULATED ORDER REGARDING FACILITATION**

      This matter having come before the Court upon the stipulated agreement of the parties to refer this matter to Facilitation with Robert F. Riley;

      IT IS HEREBY ORDERED that this matter be referred to an in-person Facilitation with Robert F. Riley on **Friday, October 28, 2022 at 1:00 p.m.**;

      IT IS FURTHER ORDERED that all lien holders, as well as parties with authority to resolve the matter, must physically attend the Facilitation.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 8, 2022

**STIPULATED AND AGREED:**

*/s/ Jeffrey T. Meyers*
JEFFREY T. MEYERS (P34348)
Meyers Law, PLLC
Attorney for Plaintiff
3200 Greenfield, Suite 260
Dearborn, MI 48120
(313) 961-0130 Fax: 8178
jmeyers@jeffmeyerslaw.com


*/s/ Matthew J. Stanczyk (w/consent 6/8/2022)*
MATTHEW J. STANCZYK (P39559)
Plunkett Cooney
Attorney for Defendant
150 West Jefferson, Suite 800
Detroit, MI 48226
(313) 983-4823; fax (248) 901-4040
mstanczyk@plunkettcooney.com