UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BERG,

        Plaintiff,

v.

INVACARE CORP.,

        Defendant.

Case No. 2:17-cv-12362

Judge Linda Parker

| JEFFREY T. MEYERS (P34348) | MATTHEW J. STANCZYK (P39559) |
|---|---|
| KANWARPREET S. KHAHRA (P82053) | PLUNKETT COONEY |
| MEYERS LAW, PLLC | Attorney for Defendant |
| Attorney for Plaintiffs | 150 West Jefferson, Suite 800 |
| 3200 Greenfield, Suite 260 | Detroit, MI 48226 |
| Dearborn, MI 48120 | (313) 983-4823; fax (248) 901-4040 |
| (313) 961-0130; Fax: 8178 | mstanczyk@plunkettcooney.com |
| jmeyers@jeffmeyerslaw.com | |
| kkhahra@jeffmeyerslaw.com | |

### DEFENDANT INVACARE CORPORATION'S
### SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on January 31, 2023 (the "Petition Date"), Invacare Corporation (the "Debtor") and certain of its affiliates filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas. The Debtor's case is captioned as *In re Invacare Corporation, et al.*, and is being jointly administered as Case No. 23-90068 (CML).

PLEASE TAKE FURTHER NOTICE that, upon filing its chapter 11 petition, an automatic stay went into effect with respect to the Debtor pursuant to section 362 of the Bankruptcy Code. As a result, at this time, all entities are stayed and prohibited by federal statute from, *inter alia*: (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtor that was or could have been commenced before the Petition Date, or to recover a claim against the Debtor that arose before Petition Date; (2) the enforcement, against the Debtor or against property of the estate, of a judgment obtained before the Petition Date; (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; (4) any act to create, perfect, or enforce any lien against property of the estate; (5) any act to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose before the Petition Date; (6) any act to collect, assess, or recover a claim against the Debtor that arose before the Petition Date; and (7) the setoff of any debt owing to the Debtor that arose before the Petition Date against any claim against the Debtor. *See* 11 U.S.C. § 362(a).

Dated: February 2, 2023            Respectfully submitted,

<div style="margin-left: 40%;">

/s/ Matthew J. Stanczyk
**MATTHEW J. STANCZYK (P39959)**
ATTORNEYS FOR DEFENDANT
INVACARE CORPORATION
150 West Jefferson, Suite 800
Detroit, MI  48226
(313) 983-4823; fax (248) 901-4040
mstanczyk@plunkettcooney.com

</div>

### CERTIFICATE OF SERVICE

I certify that on February 2, 2023, I electronically filed the foregoing ***Defendant Invacare Corporation's Suggestion of Bankruptcy and Notice of Automatic Stay***, and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to each counsel of record so registered with the United States District Court, and I served via email or U.S. Mail any counsel and/or parties in pro per not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid affixed thereon, addressed to such non-ECF participants at the address on record with this court, and depositing said envelope and its contents in a receptacle for the US Mail.

<div style="text-align: center;">

/s/Matthew J. Stanczyk
Matthew J. Stanczyk (P39559)
mstanczyk@PlunkettCooney.com

</div>

Open.19532.72091.30480103-1