UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BERG,

        Plaintiff,

v.                                  Case No. 17-12362
                                    Honorable Linda V. Parker

INVACARE CORP.,

        Defendant.

_____/

## ORDER ADMINISTRATIVELY STAYING PROCEEDINGS

On February 2, 2023, the Court was made aware that Defendant Invacare Corp., ("Invacare") filed for bankruptcy. Upon review, the Court confirms and takes judicial notice pursuant to Fed. R. Civ. P. 201 that Invacare filed a bankruptcy petition on January 31, 2023, under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (Case No. 23-bk-90068). Pursuant to the provisions of 11 U.S.C. § 362, the filing of Invacare's petition operates as an automatic stay as to the claims against it in this matter.

Accordingly,

**IT IS ORDERED** that the Clerk shall close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be

considered a dismissal or disposition of this matter. If the bankruptcy proceedings are terminated or the automatic stay is lifted with reference to the instant matter by the bankruptcy court, then the stay may be lifted upon the motion of any party.

**SO ORDERED.**

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: February 2, 2023