UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BERG,

       Plaintiff,

v.

INVACARE CORP.,

       Defendant.

Case No. 2:17-cv-12362

Judge Linda Parker

| JEFFREY T. MEYERS (P34348) | MATTHEW J. STANCZYK (P39559) |
|---|---|
| MEYERS LAW, PLLC | PLUNKETT COONEY |
| Attorney for Plaintiffs | Attorney for Defendant |
| 3200 Greenfield, Suite 260 | 150 West Jefferson, Suite 800 |
| Dearborn, MI 48120 | Detroit, MI 48226 |
| (313) 961-0130; Fax: 8178 | (313) 983-4823; fax (248) 901-4040 |
| jmeyers@jeffmeyerslaw.com | mstanczyk@plunkettcooney.com |

**STIPULATED ORDER OF DISMISSAL OF COMPLAINT
WITH PREJUDICE AND WITHOUT COSTS, INTEREST OR ATTORNEY FEES**

    This matter having come before this Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without cost or attorney fees as to as to any party.

    **THIS IS A FINAL ORDER AND CLOSES THE ENTIRE CASE.**

    **SO ORDERED.**

                                                  s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: June 20, 2024

2

APPROVED AS TO FORM:

/s/ Jeffrey T. Meyers w consent            /s/ Matthew J. Stanczyk
JEFFREY T. MEYERS (P34348)            MATTHEW J. STANCZYK (P39559)
Attorney for Plaintiff                             Attorney for Defendant

Open.19532.72091.33700704-1

2